BACK, Respondent, vs. SCHROEDER and another, Appellants.

For the appellants: *D. J. Regan* of Milwaukee, attorney, and *Jacobsen & Malone* of Waukesha of counsel.

For the respondent: *F. F. Groelle* of Milwaukee.

*By the Court.*—Judgment affirmed.

WILL OF HAMMER: ENGEN and others, Appellants, vs. SLOCUMB, Guardian *ad litem,* Respondent.

For the appellants: *Bundy & Bundy* of Menomonie.

For the respondent: *Ira O. Slocumb* of Menomonie.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 15, 1938.

PETERSEN and wife, Appellants, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellants: *Krugmeier & Witmer* of Appleton.

For the respondents Industrial Commission and State of Wisconsin: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Olson Transportation Company and Hartford Accident & Indemnity Company: *Alfred E. La France* of Racine.

*By the Court.*—Judgment affirmed.